DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

J.D.H.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2656

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Kim Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Anthony C. Musto, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.